VIRGINIA:

IN THE UNITED STATES DISTRICT COURT

Plaintiff: Tapan N. Patel
509 RIVER BEND RD.
GREAT FALLS, VA 22066
(614) 893-6098

Vs.

Defendant: U.S. Department of Education (Betsy DeVos, Secretary)
400 Maryland Ave, S.W.
Washington, DC. 20202-4500

Case: 1:18-cv-01092    Jury Demand
Assigned To : Walton, Reggie B.
Assign. Date : 5/9/2018
Description: Employment Discrim.    (H-Deck)

**Complaint**

Feb 15, 2018

Subject: Discrimination based on <u>CASTE</u>, Religious, National Origins, Ethnic Heritage, Social Bulling, Slander and Defamation

Dear Sir or Madam,

Are Federal Contractors not people too, that they don't get any protection against injustice of unfair practices of discrimination based on race, color, national origin, sex, gender, religion, age, <u>CASTE</u>?

It is a grieve disappointment to inform you that the system is not functioning when a common man (a US Citizen with all US based education) experiences a harsh reality that our highest institution, a federal agency, The United States Department of <u>Education</u>, is failing to Educate Professional Ethics, Harassments and Hostile environment at workplace. These basic HR policies needs to be mandated across the federal agencies and even enforced down to the contracting and sub-contracting vendors.

On top of this, it is even more discouraging to find out that the EEOC initial and formal complaints (ED-2017-OCR-0029) inquiry process did not go through any effort to validate the depth of TRUTH, and failed to gather evidence that were initially promised. After going through the whole process, I feel like the Equal Employment Opportunity Commission is more to legally protect the Agencies and the Sub-contracting vendors than the aggrieved person.

I am writing this letter to bring it to your kind attention with a complaint of biased discrimination based on <u>CASTE</u>, national origins, ethnic heritage and religion, and on-the-face insults by the EDCAP program (Oracle R12 upgrade) team members during my interview at the

RECEIVED
MAY - 9 2018
Clerk, U.S. District and
Bankruptcy Courts

Indians (from their names and looks). And, how dare a lower-caste "Patel" walked in their world of IT. I also realized that these set of individuals must have gone through a lots of hardship that they are willing to do anything to push qualified candidates out so that they could make profits for their personal gains and wants. These candidates do not have any qualified US based undergraduate education in Computer Science or related fields, and that they have lied in their resumes to get H1B Visas, and lied to get their Green Cards, and have lied to get their US Naturalization Citizenships, that they think everyone American lies to get a job. There actions shows the quality of their upbringing and values.

If they want a direct, underpaid candidate through their company to make higher profits, they could have just told me upfront before calling for the interview, and that's fine with me, but don't humiliate candidates on their face in front of 8-10 other members of their team, making you feel worthless.

I am a member of the American Society of Military Comptrollers, and I would like to raise this complaint against EDCAP team, for bias discrimination, verbally harassing a candidate with on-face insults, mistreating, and ill-handling a candidate in interview by using Unfair Employment Practice of cornering by 8-10 bulling people. Strong actions need to be taken against these individuals for discrimination based on national origins and ethnic social group or heritage background. These individuals should not be allowed to get away with running the ruthless show like this.

Sorry you had to read this, but even after 8 months I still wake up in the middle of the night with the haunting nightmares of my terrible experience at the Department of Education. This has severally effected my married life and my self-dignity and respect.

I still jump up from the couch while reading a book to my 7 year old daughter with just a thought of the images. I still have nightmares while helping my 9 year old daughter to do her homework, and don't participate in sitting down with my wife and kids on the table setting, which reminds me of the little meeting room with table and chairs at the Department of Education.

I tried to walk away from this whole process, and forgive and forget, but I can't live with the fact that these set of people are going to continue destroy other people's lives just to satisfy their personal want's.

I can't believe that our country's highest department is represented by these terribly rude lot. It is one thing to grill a candidate for interview, and it is totally another thing to bring him on to humiliate with derogatory comments, in spite of having the highest education, knowledge and experience.

**Facts:** In addition to the above facts, below are some of the highlights:

- The interview request (Gmail calendar attached) was scheduled for May 19, 2017 3pm-4pm at the Department of Education, Potomac Center Plaza, 550 12th Street SW, Washington, DC 20002.

- **Equal Employment Opportunity Discrimination based on Caste, Religion, National Origins, and Ethnic Heritage.** These set of people used <u>CASTE</u> based politics in India to shame me, a "Patel" of lower caste, in spite of having all the right US based education degrees, and experience of highest standards. Or the fact that my roots are from the Indian State of Gujarat and they were all Telugu speaking South Indians.

- The meeting was scheduled to meet with 2-3 people: Arun Mishra, Pradeep Gangadharan and Parag Patni. Parag Patni of BroadPoint did not show up for the interview, but Arun Mishra and Pradeep Gangadharan dashed in the small meeting room with a fleet of 8-10 people of all South Indian descent with one agenda, break this guy's self-confidence and make him feel like he is worthless and that how dare he steps in their world of IT. These set of individuals were determine to **Social Bully** and corner 1 candidate vs. 8-10 people.

- **Religious Discrimination:** The entire *Bhagavad Gita*[4] (Hindu holy book) was narrated by Lord Krishna to Arjun because set of 100 people's Misogyny/Jealousy (द्वेष), and all their supporters for their personal gains and benefits were on a core mission to destroy and slaughter 5 Pandavas brothers. They did everything from stripping their wife in-front the entire King's Courtship while everyone watched, to plotted (द्युत क्रीड़ा) to Trick (छल) Pandavas from all their wealth, home and into 13 years of Exile. They all 100 of them then created a Trap (चक्रव्यूह) and they all killed Pandavas' 16 year old son.

- The *Vedas* and the *Upanishad* states that when someone have Misogyny / Jealousy (द्वेष / ईर्ष्या) due to the person's Envious (जलन) nature, they create a conspiracy (षड़यंत्र) social-network of other likeminded people (योजना) to do Social Bully (सामाजिक धमकाने) because just Condemned (निंदा) words kills the person. Their Treachery (कपट) Karma (कर्मा) then leads them to do Defamation (मानहानि) and Discredit (बदनाम).

- **Defamatory Slander** statements made: "You are not functional or technical." After interrupting me "I DON'T WANT TO HEAR ABOUT ANY OTHER THING."

- This incident has gravelly damaged my dignity, my character, my self-respect, and has shattered my self-esteem. This has downstream effect on my health, my personal life with my family, my married life, my kid's education, wellbeing and upbringing.

Maybe it is time for the organization to see if there can be some humanity and ethics to the process because it is surely the right thing to do. Department of Education HR conducts and misconducts policies and procedures needs to be enforced and communicated before any employee goes to conduct an interview or even take part in activities at workplace.

Thank you for paying attention to this matter.

Sincerely,

*[signature]*

Tapan N. Patel
509 River Bend Road,
Great Falls, VA 22066
614-893-6098
Mba.tpatel@gmail.com

**Reference:**
1. Patel-Patidar caste: https://en.wikipedia.org/wiki/Patidar
2. Patidar reservation agitation: https://en.wikipedia.org/wiki/Patidar_reservation_agitation
3. New caste equations taking shape before Gujarat elections: http://www.livemint.com/Politics/h7gz69AtuBRFpKc6XKsSwK/Gujarat-elections-New-caste-equations-emerging-as-Congress.html
4. Bhagavad Gita: https://en.wikipedia.org/wiki/Bhagavad_Gita
5. MARY FITZSIMONS vs CALIFORNIA EMERGENCY PHYSICIANS MEDICAL GROUP https://scholar.google.com/scholar_case?case=11882675857411674153&q=Fitzsimons+v.+California+Emergency+Physicians+Medical+Group+(2012)+205+Cal.+App.+4th+1423&hl=en&as_sdt=6,47&as_vis=1




Exhibit 1

Tapan Patel <mba.tpatel@gmail.com>

## UPDATED! EDCAPS Functional Consultant Interview: Tapan Patel with EDCAPS Team
2 messages

**Marcia Call** <marcia@talentfront.net>                              Thu, May 18, 2017 at 12:21 PM
To: "mba.tpatel@gmail.com" <mba.tpatel@gmail.com>, "Gangadharan, Pradeep" <pgangadharan@qssinc.com>, Arun Mishra <amishra@qssinc.com>, Parag Patni <ppatni@broadpoint.net>

CHANGED TIME FROM 4PM TO 3PM.

Case: 1:18-cv-01092        Jury Demand
Assigned To : Walton, Reggie B.
Assign. Date : 5/9/2018
Description: Employment Discrim.    (H-Deck)

Hello, Tapan and EDCAPS Leadership –

I am confirming a face 2 face interview with Tapan Patel on Friday at 3pm. Tapan will come to your offices at L'Enfant Plaza. Tapan, if you choose to drive, there is a garage at 1250 Maryland Avenue, SW. I look forward to hearing how this meeting goes.

My best,

Marcia

Marcia A. Call

Director of Talent Acquisition

BroadPoint, Inc.

7501 Wisconsin Avenue, NW, Suite 720 West

Bethesda, MD 20814

Office: 301.634.2424

Mobile: 703.819.4569

mcall@broadpoint.net

---

**Tapan Patel** <mba.tpatel@gmail.com>                                Fri, Jun 2, 2017 at 9:48 AM
To: Barbara <Barbara.Outlaw@ed.gov>

UPDATED! EDCAPS Functional Consultant...

View on Google Calendar

**May 19 Fri**

| | |
|---|---|
| When | Fri May 19, 2017 3pm – 4pm (EDT) |
| Where | US Department of Education, Potomac Center Plaza, 550 12th Street SW, Washington DC 20002 |
| Who | Parag Patni, Arun Mishra, Gangadharan, Pradeep, Marcia Call* |

Yes
Maybe
No

[Quoted text hidden]

## Agenda
Fri May 19, 2017
*No earlier events*
3pm UPDATED! EDCAPS Functional Consultant…
4pm EDCAPS Functional Consultant: Tapan …

Gmail - Need Apps DBA and Functional R12/RICEW Expert!   2/8/18, 11:25 AM



Tapan Patel <mba.tpatel@gmail.com>

# Need Apps DBA and Functional R12/RICEW Expert!
2 messages

**Marcia Call** <Inmail-hit-reply@linkedin.com>   Tue, May 9, 2017 at 1:48 PM
Reply-To: Marcia Call <6fa04780-667a-405c-a7b7-43b347f567ad@reply.linkedin.com>
To: "Tapan Patel, MBA" <mba.tpatel@gmail.com>

Hi Tapan,

Thanks so much for opening my inmail. I am reaching out with two urgent needs -- one for Baltimore and one for DC. We are looking for:

Baltimore:
Apps DBA (does not have to have federal)
Should be experienced with 12.2.X
Should have experience with exadata machines/large terabyte databases
Available for a short-term project lasting through July, possible extension
Must be local or able to relocate within days

DC:
Functional expert in Oracle Federal Financials
Well versed in complex RICEW issues created by technical upgrades
Should be experienced in FedAdmin (GTAS), Subledger Accounting, Budget Execution
Significant experience in configuration development and traceability through the SDLC of an application -- from requirements definition to design to development and testing and post production validation

Would you or anyone you know be a fit for either of these roles? We appreciate your assistance!

My best,

Marcia

Marcia Call
Director of Talent Acquisition
BroadPoint, Inc.
7501 Wisconsin Ave Suite 720 W
Bethesda, MD 20814
Office: 301.634.2424 Mobile: 703.819.4569 Fax: 301.634.2441
E-Mail: mcall@broadpoint.net
Website: www.broadpoint.net

Marcia Call
CEO, TalentFront
marcia@talentfront.net

[ Interested ]   [ Maybe later ]   [ No thanks ]

View Marcia's LinkedIn profile

TIP   You can respond to Marcia by replying to this email

---

You are receiving InMail notification emails. Unsubscribe
This email was intended for Tapan Patel, MBA (Clearance Sr. Oracle Apps Functional SME / Program Manager at Defense Logistics Agency). Learn why we included this.

If you need assistance or have questions, please contact LinkedIn Customer Service..

© 2017, LinkedIn Corporation. 1000 West Maude Avenue, Sunnyvale, CA 94085, USA

---

**Tapan Patel** <mba.tpatel@gmail.com>                                    Fri, May 19, 2017 at 5:15 PM
To: Manjapra Sudhir <manjapra.sudhir@gmail.com>

[Quoted text hidden]